| | |
|---|---|
| 1 | RANDY MONTESANO |
| | Attorney at Law - #83842 |
| 2 | 214 Duboce Avenue |
| | San Francisco, CA 94103 |
| 3 | (415) 431-8226 |
| 4 | Attorney for Defendant |
| | ERIC CAI |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
              Plaintiff, )  No: 3 06 70479 EMC
    v. ) STIPULATION AND ORDER
           ) MODIFYING CONDITIONS
ERIC CAI, ) OF RELEASE
              Defendant. )

IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore imposed curfew of 7:00 p.m. to 7:00 a.m., as a condition of release, be modified to 9:00 p.m. to 10:00 a.m.

Dated: 8/23/06

RANDY MONTESANO
Attorney for Defendant

Dated: 8/23/06

THOMAS MAZZUCCO
AUSA

SO ORDERED:

Dated: 8/25/6

UNITED STATES MAGISTRATE JUDGE SPERO
Judge Joseph C. Spero