RANDY MONTESANO
Attorney at Law - #83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226

Attorney for Defendant
ERIC CAI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: 3 06 70479 EMC |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| ERIC CAI, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore imposed curfew of 9:00 p.m. to 10:00 a.m., as a condition of release, be modified to 9:00 p.m. to 9:00 a.m.

Dated: 10/6/06

RANDY MONTESANO, Attorney for Defendant

Dated: 10/6/06

THOMAS MAZZUCCO, AUSA

Dated: 10/10/06

RICHARD SARLATTE, PRETRIAL SERVICES

**SO ORDERED:**

Dated: 10/11/6

Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE SPERO