1  RANDY MONTESANO
   Attorney at Law - #83842
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-8226

4  Attorney for Defendant
   ERIC CAI

FILED

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No: 3 06 70479 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) MODIFYING CONDITIONS |
| ERIC CAI, | ) OF RELEASE |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore imposed curfew of 9:00 p.m. to 9:00 a.m., as a condition of release, be modified to 10:00 p.m. to 9:00 a.m.

Dated: 11/14/06

_____
RANDY MONTESANO, Attorney for Defendant

Dated: 11/15/06

_____
THOMAS MAZZUCCO, AUSA

Dated: 10/17/06

_____
RICHARD SARLATTE, PRETRIAL SERVICES

SO ORDERED:

Dated: 11/22/06

_____
UNITED STATES MAGISTRATE JUDGE
Edward M. Chen
United States Magistrate Judge

COPIES MAILED TO
PARTIES OF RECORD