RANDY MONTESANO
Attorney at Law - #83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226

Attorney for Defendant
ERIC CAI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) No: 3 06 70479 EMC
Plaintiff, )
)
v. ) STIPULATION AND ORDER
) MODIFYING CONDITIONS
ERIC CAI, ) OF RELEASE
)
Defendant. )
_____)

IT IS HEREBY STIPULATED by and between the parties that upon recommendation of Pretrial Services, that defendant's heretofore imposed condition of electronic monitoring and curfew as a condition of his pretrial release, is no longer required.

Dated: 5/16/07

S/
RANDY MONTESANO
Attorney for Defendant

Dated: 5/16/07

S/
THOMAS MAZZUCCO
AUSA

**SO ORDERED:**

Dated: May 21, 2007

UNITED STATES MAGISTRATE JUDGE SPERO
Judge Joseph C. Spero